**CRIMINAL COMPLAINT**
(Electronically Submitted)

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Larry Puella**<br>DOB: 1993; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-3011MJ |
| Complaint for a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 10, 2025, at or near Sells, in the District of Arizona, defendant **Larry Puella**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: thirteen (13) rounds of 7mm PPU Mauser, said ammunition having been shipped and transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 10, 2025, Tohono O'odham Police Department officers and FBI Special Agents executed a search warrant at the home of **Larry PUELLA** located in Topawa Village on the Tohono O'odham Nation Indian Reservation near Sells, Arizona. During the search, law enforcement found an assortment of ammunition including twelve (12) rounds of 7mm PPU Mauser, one (1) 30-30 rounds, forty-two (42) .45 Colt rounds, one (1) FC 79, a baggie with a numerous rounds of .25 caliber Auto CCI, a Ziploc bag of Federal Special .38 rounds, and a small open box full of various ammunition. Agents also found an ammunition holder containing three (3) .270 Win rounds and one (1) 7mm PPU Mauser round. Law enforcement determined that **PUELLA** is a prohibited possessor per NCIC due to prior felony convictions.

A records check revealed that **Larry PUELLA** has the following prior felony convictions in the Pima County Superior Court, Tucson, Arizona: Sexual Abuse, dated 2014 and Aggravated Assault with a Deadly Weapon, dated 2020. These convictions are felony offenses punishable by imprisonment for a term exceeding one year.

In a post-*Miranda* statement, **PUELLA** admitted there was ammunition inside his residence. **PUELLA** stated he knew it was there but that it was old and had been there for a while. **PUELLA** admitted having signed a document which prohibited him from having firearms, although he did not know ammunition was something he could not possess.

An ATF interstate nexus expert performed a preliminary interstate nexus examination by viewing photographs of the ammunition and determined that the 7mm PPU Mauser ammunition found in **PUELLA's** residence was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA R. Arellano  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.08.12 09:26:07 -07'00'<br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br>**JAXSON WALL** Digitally signed by JAXSON WALL Date: 2025.08.12 10:04:47 -07'00'<br><br>OFFICIAL TITLE<br>FBI SA Jaxson Wall |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 12, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54